**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
RYAN COSGROVE and CLIVE RHODEN,

                            Plaintiffs,

     -against-

19 **CIVIL** 8993 (VM)

**JUDGMENT**

BLUE DIAMOND GROWERS,

                            Defendant,
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Decision and Order dated December 7, 2020, the Motion (Dkt. No. 18) of defendant Blue Diamond Growers to dismiss the Amended Complaint (Dkt. No. 15) of plaintiffs Ryan Cosgrove and Clive Rhoden, on behalf of themselves and all others similarly situated (Collectively "Plaintiffs") is granted; accordingly, this case is closed.

**Dated:**  New York, New York
          December 7, 2020

                                                     **RUBY J. KRAJICK**
                                                  _____
                                                  **Clerk of Court**
                                   **BY:**
                                                    **Deputy Clerk**