UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Ryan Cosgrove, Clive Rhoden,
individually and on behalf of all others similarly situated
(List the full name(s) of the plaintiff(s)/petitioner(s).)

1:2019 CV 08993 ( VM )( )

-against-

NOTICE OF APPEAL

Blue Diamond Growers
(List the full name(s) of the defendant(s)/respondent(s).)

Notice is hereby given that the following parties: Ryan Cosgrove, Clive Rhoden, individually and on behalf of all others similarly situated
(list the names of all parties who are filing an appeal)

in the above-named case appeal to the United States Court of Appeals for the Second Circuit

from the  ■ judgment  ☐ order  entered on: December 7, 2020
(date that judgment or order was entered on docket)

that:

(If the appeal is from an order, provide a brief description above of the decision in the order.)

12/07/2020
Dated

/s/Spencer Sheehan
Signature*

Sheehan, Spencer I
Name (Last, First, MI)

60 Cuttermill Rd Ste 409   Great Neck   New York   11021
Address                    City          State       Zip Code

(516) 268-7080
Telephone Number

spencer@spencersheehan.com
E-mail Address (if available)

*Each party filing the appeal must date and sign the Notice of Appeal and provide his or her mailing address and telephone number, EXCEPT that a signer of a pro se notice of appeal may sign for his or her spouse and minor children if they are parties to the case.  Fed. R. App. P. 3(c)(2).  Attach additional sheets of paper as necessary.

Rev. 12/23/13